IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

2008 MAY 12 PM 1:04

MACK HENRY LOTT,

    Plaintiff,

vs.

CIVIL ACTION NO.: CV508-016

Warden JACKSON; CORNELL
CORRECTIONS AND STOCK-
HOLDERS; JAMES DONALD,
Commissioner; JOEL KNOWELES,
Warden of Security; BENNETT,
Care and Treatment; Major GALINDO;
Captain HOWELL; Captain SUMMERS;
CO II WILLIAMS, Medical Officer;
Dr. HARDIN; D. JOHNS, Medical
Director, JOHNNY SIKES, Prison
Director; Captain SPELLS;
D. JOHN, Medical Director, and
FRIDAY,

    Defendants.

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Plaintiff's complaint is **DISMISSED**, without prejudice. If Plaintiff desires to proceed with this action he must re-submit his complaint along with the full filing fee. The Clerk of Court is hereby authorized and directed to enter an appropriate Judgment of Dismissal.

**SO ORDERED**, this 12th day of May, 2008.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA